IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHERI L. HOWARD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAX LANG,<br><br>　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:13-cv-1042-DN-PMW<br><br>District Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on June 30, 2017 recommends granting Defendant's Motion to Dismiss[2] and that the dismissal be with prejudice.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[4] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 43, filed June 30, 2017.

[2] Motion to Dismiss for Failure to Prosecute or Comply with Court Order, docket no. 41, filed May 18, 2017.

[3] Report and Recommendation at 2.

[4] Report and Recommendation, docket no. 43, filed June 30, 2017.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED and this case is DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed September 22, 2017.

BY THE COURT

District Judge David Nuffer

---

[5] Report and Recommendation, docket no. 43, filed June 30, 2017.